IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JUAN GONZALEZ MARTINEZ,

Petitioner,

vs.

MICHELLE WILHELM,

Respondent.

**8:20CV372**

**ORDER**

Upon consideration,

IT IS ORDERED that:

1.      Petitioner's Motion to Restrict (filing 40) is granted. The Clerk of Court is directed to restrict access to Petitioner's Brief in Support of Motion for a Stay (filing 42) and Index (filing 43).[1]

2.      Respondent shall file a brief, and evidence if desired, responsive to Petitioner's Motion for Stay to Exhaust State Claims (filing 41) on or before June 6, 2022.

3.      The Clerk of Court is directed to set a pro se case management deadline using the following text: **June 6, 2022**: check for Respondent's brief in response to Motion for Stay.

Dated this 10th day of May, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge

---

[1] Filings 42 and 43 were not filed initially as provisionally restricted documents in accordance with NECivR 5.3(c)(1)(B).