IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JUAN GONZALEZ MARTINEZ,

    Petitioner,

vs.

SHAUN SETTLES,

    Respondent.

8:20CV372

ORDER

This matter is before me on Petitioner's Motion Requesting Additional Designation of State Court Records (the "Motion for Additional Designation Records"), Filing No. 82, and Motion for an Extension of Time to File a Brief in Response to Respondent's Answer (the "Motion for Extension"), Filing No. 83. Petitioner states that Respondent's Designation of State Court Records, Filing No. 77, is insufficient and seeks four additional records specified in the Motion for Additional Designation Records. Filing No. 82. Counsel for Petitioner also seeks a 30-day extension of Petitioner's October 31, 2025, brief deadline because counsel needs the additional records requested in the Motion for Additional Designation Records to complete the brief and due to counsel's upcoming schedule. Counsel for Respondent does not object to the continuance. Filing No. 83. Upon consideration,

IT IS ORDERED that:

1. Respondent shall file a response to Petitioner's Motion for Additional Designation Records, Filing No. 82, on or before November 17, 2025. Respondent may attach additional records to his response if he deems appropriate.

1

2

2. Petitioner's Motion for Extension, Filing No. 83, is granted as follows: Petitioner shall have 30 days after the Court rules on Petitioner's Motion for Additional Records to file a brief in in response to Respondent's Answer.

3. The Clerk of Court is directed to set a pro se case management deadline using the following text: **November 17, 2025**: check for Respondent's response to Motion for Additional Designation Records.

Dated this 3rd day of November, 2025.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge