IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JUAN GONZALEZ MARTINEZ,

    Petitioner,

vs.

SHAUN SETTLES,

    Respondent.

8:20CV372

MEMORANDUM AND ORDER

This matter is before the Court on Petitioner's Motion Requesting Additional Designation of State Court Records (the "Motion"), Filing No. 82, and Respondent's Brief in Response to the Motion, Filing No. 85.

In the Motion, Petitioner requested the following additional state court records, which were filed in the Lancaster County District Court at case number CR18-511:

    1.    Petitioner's May 30, 2023, verified motion for postconviction relief and the state district court's order denying that motion without an evidentiary hearing;

    2.    Petitioner's November 30, 2022, request to reinstate his appeal process and the order of the state district court denying that request;

    3.    Petitioner's December 19, 2022, letter and pro se motion for postconviction relief and the order of the state district court denying that motion;

    4.    The State of Nebraska's subpoena of Cindy West.

Filing No. 82.

As Respondent indicates in his Brief in Response, the first three requested additional records are already contained in Respondent's Designation of State Court Records. *See* Filing No. 77-11 at 167–68, 170–95, 216–53, and 266–70. With respect

to the fourth requested document, Respondent provided with his Brief in Response a praecipe and subpoena for Cindy West filed on May 31, 2019, and a return filed on June 14, 2019, showing that personal service was attempted on June 12, 2019, but failed. Filing No. 85-1.

Thus, upon review, the documents Petitioner requested in his Motion are either already included in the Designation or have now been provided by Respondent and made part of the record in this case. Accordingly,

IT IS THEREFORE ORDERED that:

1. Petitioner's Motion Requesting Additional Designation of State Court Records, Filing No. 82, is granted to the extent that the records requested by Petitioner are included in the record of this case and are available to Petitioner and his counsel.

2. In accordance with the Court's November 3, 2025, order, *see* Filing No. 84, Petitioner shall have until **December 17, 2025**, to file his brief in response to Respondent's Answer.

3. The Clerk of Court is directed to set a pro se case management deadline using the following text: **December 17, 2025**: deadline for Petitioner's brief.

Dated this 17th day of November, 2025.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge