IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JUAN GONZALEZ MARTINEZ,

Petitioner,

vs.

SHAUN SETTLES,

Respondent.

8:20CV372

MEMORANDUM AND ORDER

This matter is before the Court on Respondent's Motion for Extension of Time, Filing No. 92, in which Respondent requests a 30-day extension to file his reply brief. Prior to the Court ruling on his request, Respondent filed his reply brief, Filing No. 94, and a supplemental designation of state court records in support of his answer, Filing No. 93, on March 18, 2026. Accordingly, upon consideration,

IT IS ORDERED that:

1.     Respondent's Motion for Extension of Time, Filing No. 92, is granted. Respondent's reply brief and supplemental designation filed on March 18, 2026, are deemed timely.

2.     This matter is now fully submitted for disposition and the Court will issue a ruling in its normal course of business.

Dated this 23rd day of March, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge